United States District Court
Southern District of Texas
ENTERED

JUN 2 6 1998

Michael N. Milby, Clerk of Court
By Deputy Clerk

United States District Court
Southern District of Texas
FILED

JUN 2 6 1998

Michael N. Milby, Clerk of Court

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

| | | |
|---|---|---|
| MARIANA JUAREZ | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-97-254 |
| | § | |
| VICTOREEN, INC. AND KEVIN KREGER | § | |

### ORDER ADOPTING MAGISTRATE JUDGE'S
### REPORT AND RECOMMENDATION AND DISMISSING PETITION

Before the Court is Magistrate Judge's Report and Recommendation on the above-referenced cause of action. After a de novo review of the entire file, it is the opinion of this Court that the Magistrate Judge's Report and Recommendation of March 23, 1998 should be adopted and the petition be dismissed.

DONE in Brownsville, Texas, on this 26th day of June 1998.

Hilda G. Tagle
United States District Judge